al., Appellants, et al., Defendants. [605 NYS2d 875] —In an action, *inter alia,* for a judgment declaring the respective interests of the parties in a corporation, the defendants David Fischer, Shipur Hashchuna Realty Corp., a/k/a Shipur Hashchuna Management Corp., a/k/a Shipur H'Shechuna Corp., and Crown Realty Co. appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County (Yoswein, J.), dated May 13, 1993, as denied their cross motion to disqualify counsel for the plaintiffs.

Ordered that the order is affirmed insofar as appealed from, with costs.

In accordance with our determination in the companion case entitled *Fischer v Deitsch* (198 AD2d 327 [decided herewith]), we find that the Supreme Court properly denied the appellants' cross motion to disqualify Israel Weinstock as counsel for the plaintiffs. Thompson, J. P., Balletta, Miller and Joy, JJ., concur.

■ ZALMAN DEITSCH et al., Respondents, v DAVID FISCHER et al., Appellants, et al., Defendants. [605 NYS2d 876] —Motion by the appellants to (1) strike the copy of a decision of the Supreme Court, Kings County in *Crown Realty Co. v Crown Hgts. Jewish Community Council* (Index No. 7286/88) and all references in the respondents' brief to that decision, on the ground that that material is not part of the record on appeal from an order of the Supreme Court, Kings County, dated May 13, 1993, and (2) strike the respondents' brief because it allegedly contains repeated outrageous, scandalous, and prejudicial comments about the appellants and their counsel.

Upon the papers filed in support of the motion and the papers filed in opposition and relation thereto, it is,

Ordered that that branch of the motion which was to strike the copy of the above-mentioned decision and all references in the respondents' brief to that decision is granted, on the respondents' consent; and it is further,

Ordered that the motion is otherwise denied. Thompson, J. P., Balletta, Miller and Joy, JJ., concur.

■ ZALMAN DEITSCH et al., Respondents, v DAVID FISCHER et al., Appellants, et al., Defendants. [605 NYS2d 876] —In an action, *inter alia,* for a judgment declaring the respective interests of the parties in a corporation, the defendants David Fischer, Shipur Hashchuna Realty Corp., a/k/a Shipur Hashchuna Management Corp., a/k/a Shipur H'Shechuna Corp.,

and Crown Realty Co. appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County (Yoswein, J.), dated May 13, 1993, as denied their cross motion to disqualify counsel for the plaintiffs.

Ordered that the order is affirmed insofar as appealed from, with costs.

In accordance with our determination in the companion case entitled *Fischer v Deitsch* (198 AD2d 327 [decided herewith]), we find that the Supreme Court properly denied the appellants' cross motion to disqualify Israel Weinstock as counsel for the plaintiffs. Thompson, J. P., Balletta, Miller and Joy, JJ., concur.

■ ZALMAN DEITSCH et al., Respondents, v DAVID FISCHER et al., Appellants, et al., Defendants. [605 NYS2d 877] —Motion by the appellants to (1) strike the copy of a decision of the Supreme Court, Kings County in *Crown Realty Co. v Crown Hgts. Jewish Community Council* (Index No. 7286/88) and all references in the respondents' brief to that decision, on the ground that that material is not part of the record on appeal from an order of the Supreme Court, Kings County, dated May 13, 1993, and (2) strike the respondents' brief because it allegedly contains repeated outrageous, scandalous, and prejudicial comments about the appellants and their counsel.

Upon the papers filed in support of the motion and the papers filed in opposition and relation thereto, it is,

Ordered that that branch of the motion which was to strike the copy of the above-mentioned decision and all references in the respondents' brief to that decision is granted on the respondents' consent; and it is further,

Ordered that the motion is otherwise denied. Thompson, J. P., Balletta, Miller and Joy, JJ., concur.

■ ZALMAN DEITSCH et al., Respondents, v DAVID FISCHER et al., Appellants, et al., Defendants. [605 NYS2d 877] —In an action, *inter alia,* for a judgment declaring the respective interests of the parties in a corporation, the defendants David Fischer, Shipur Hashchuna Realty Corp., a/k/a Shipur Hashchuna Management Corp., a/k/a Shipur H'Shechuna Corp., and Crown Realty Co. appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County (Yoswein, J.), dated May 13, 1993, as denied their cross motion to disqualify counsel for the plaintiffs.